IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-481-CV





JANICE TURNER, INDIVIDUALLY,



 APPELLANT


vs.





JOHNNY MACK TURNER a/k/a EDWARD K. MILLER a/k/a


JOHN COOK a/k/a JOHN NAGEL a/k/a JOHN TURNER, ET AL.,




 APPELLEES



 




FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT



NO. 132,771-B, HONORABLE RICK MORRIS, JUDGE PRESIDING



 





PER CURIAM



 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a).

 The appeal is dismissed.


[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed on Joint Motion

Filed: June 2, 1993

[Do Not Publish]